## IN THE UNITED STATES DISTRICT COURT OF THE
## NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

JOHN L. MOORE, JR.                                                    PLAINTIFF

VS.                                      CIVIL ACTION NO.: 2:10CV10-D-S

MARY ANN WEST, ET AL                                              DEFENDANTS


## ORDER

This matter is before the court following a motion to remand filed by the plaintiff. Rule

16.1(B)(2)(b) of the Uniform Local Rules provides:

> [a] motion to remand . . . shall stay the attorney conference and
> disclosure requirements and all discovery not relevant to the
> remand... and shall stay the parties' obligation to make disclosures
> pending the court's ruling on the motion.

IT IS, THEREFORE, ORDERED that all proceedings herein, including the Case

Management Conference and all motions filed by the parties herein, but excluding discovery

relating to the remand issues, shall be and are hereby stayed pending the court's ruling on the

plaintiffs' Motion to Remand.

IT IS FURTHER ORDERED that should the plaintiffs' Motion to Remand be denied,

plaintiffs' counsel shall contact the court within ten days of the denial to advise of the need to re-

schedule the Case Management Conference.

SO ORDERED, this the 5th day of February 2010.


/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE